IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELHAJ KEITA,<br><br>Defendant. | Criminal No. 3:22-CR-011<br><br>18 U.S.C. § 875(c)<br>Interstate Communication of<br>Threat to Injure |

## INDICTMENT

February 2021 Term - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

On or about April 20, 2021, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, ELHAJ KEITA, knowingly and willfully did transmit in interstate and foreign commerce from Richmond, Commonwealth of Virginia, to Germany an e-mail communication to service@flixbus.de that contained a threat to injure passengers, customers, and employees of Flix Bus, specifically threatening and promising the deaths of 10 people boarding a Flix Bus.

(In violation of Title 18, United States Code, Section 875(c)).

A TRUE BILL

FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *Kaitlin G. Cooke*
Kaitlin G. Cooke
Assistant United States Attorney
919 E. Main Street, Suite 1900
Richmond, Virginia 23219
Tel. (804) 819-5400
Fax: (804) 771-2316

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office